CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
9/6/2017
JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | | |
|---|---|---|
| **ABRIEL L. NEVILLE,** | ) | |
| *Plaintiff,* | ) | CASE NO. 6:16-CV-00006 |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) | |
| | ) | **By: Norman K. Moon** |
| *Defendant.* | ) | **United States District Judge** |

This matter is before the Court on the parties' cross Motions for Summary Judgment (docket nos. 12 & 14), and the Report & Recommendation of United States Magistrate Judge Robert S. Ballou (docket no. 16, hereinafter "Report"). Pursuant to Standing Order 2011-17 and 28 U.S.C. § 636(b)(1)(B), I referred this matter to Judge Ballou for proposed findings of fact and a recommended disposition.

After a review of the record in this case, and no objections having been filed to the Report within fourteen days of its service upon the parties, I will adopt the Report. Accordingly:

1. The Report of August 22, 2017, is hereby **ADOPTED** in its entirety;

2. Plaintiff's Motion for Summary Judgment is hereby **GRANTED in part** as set forth in the Report;

3. Defendant's Motion for Summary Judgment is hereby **DENIED**;

This case is hereby **REMANDED** for further consideration by the ALJ consistent with the Report, and stricken from the active docket of the Court. The Clerk is directed to send a copy of this Order to counsel.

Entered this ___6th___ day of September, 2017.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE